Case No: 13-40759

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re: **Alan Lee St Clair**  
      **Denise M St Clair**

Case No: **13-40759**  
Chapter: 13

Property Address: **2661 CALIENDO  MONTGOMERY, IL  60538**

Last four digits of any number you use to identify the debtor's account: **9482**

Court Claim No. (if known)   **N/A**

## STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**BANK OF AMERICA, N.A.**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **01/20/2017** and filed as Docket No. **54**

### Pre-Petition Default Payments     Applicable option is checked.

[✓] Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim.

[ ] Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:

Attached as Schedule of Amounts Outstanding on Pre-Petition Claim is an itemized account of the pre-petition amounts that remain unpaid as of the date of this statement.

### Post-Petition Default Payments     Applicable option is checked.

[ ] Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

[✓] Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due: **$5117.88**

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice.  The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filling, or prosecution of this statement.

The amounts due identified on this statement may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice.  In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 13-40759

# UNITED STATES BANKRUPTCY COURT

The person completing this statement must sign it.  Sign and print your name and your title (if any), and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor        ☒ I am the Creditor's authorized agent.  (Attach copy of power of attorney, if any).

I declare under penalty of perjury that the information provided in this Statement in Response to Notice of Final Cure Payment is true and correct to the best of my knowledge, information and reasonable belief.

X  /s/ Roderic Fleming                                    2/8/2017
    Signature                                              Date (MM/DD/YYYY)

First Name:  Roderic        Middle Name:              Last Name:  Fleming
Title:  Attorney
Company:  Marinosci Law Group, P.C.
Address:  134 N. LaSalle St., Ste.1900
City:  Chicago              State:  IL                Zip:  60602
Phone:  rfleming@mlg-defaultlaw.com

Case No: 13-40759

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Pre-Petition Claim**

| Description | Date Incurred | Amount |
|---|---|---|
| | | |

Case No: 13-40759

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Description | Date Incurred | Amount |
|---|---|---|
| 3 payments 12/1/16-2/1/17 $1713.05 ea | | $5139.15 |
| Less suspense | | -$21.27 |

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re:

Alan Lee St Clair; Denise M St Clair

Debtor(s).

Chapter 13

Case No. 13-40759

### CERTIFICATE OF MAILING

To:

Debtors, Alan Lee St Clair; Denise M St Clair

Derrick B Hager, o/b/o Debtor(s) Alan Lee St Clair; Denise M St Clair
dirkhager@sbcglobal.net

Glenn B Stearns, Trustee
mcguckin_m@lisle13.com

U.S. Trustee. USTPRegion11.ES.ECF@usdoj.gov

I, Roderic Fleming, an attorney, certify that I served the attached document by mailing a copy to the Debtor(s) at the address listed above by depositing the same in the U.S. mail, first class, postage prepaid at 134 N. LaSalle Street, Suite 1900, Chicago, IL 60602 on or before 5:00 p.m. on February 8, 2017. The remaining parties were served by the CM/ECF electronic noticing system.

*/s/ Roderic Fleming*
Attorney for Movant

Marinosci Law Group, P.C.
134 N. LaSalle St., Suite 1900
Chicago, IL 60602
312-940-8580; Fax: 401-234-5130
rfleming@mlg-defaultlaw.com